FILED

06/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0186

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0186

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ROBERT D. MAXIN,

Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July15, 2020 to prepare, file, and serve his response to Ms. Jackson's *Anders* brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 16 2020